```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
EVELYN NORMAN,                          :   22cv1024 (DLC)
                                        :
                        Plaintiff,      :   ORDER
                                        :
               -v-                      :
                                        :
FEDEX GROUND PACKAGE SYSTEM, INC. et    :
al.,                                    :
                                        :
                        Defendants.     :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

  This case has been reassigned to me for all purposes. On February 24, 2022 the above captioned case was referred to Magistrate Judge Gabriel W. Gorenstein for general pretrial purposes. Accordingly, it is hereby

  ORDERED that the general pretrial referral is vacated.

  IT IS FURTHER ORDERED that a telephone conference shall be held on **April 21, 2022 at 2:00 p.m.** The attorney who will serve as principal trial counsel must participate in the conference. The parties shall use the following dial-in credentials for the conference.

    Dial-in:  888-363-4749
    Access code: 4324948

The parties shall use a landline if one is available.

  IT IS FURTHER ORDERED that requests for adjournment shall be made no later than four business days before the conference

and shall be made in a letter filed on ECF in accordance with the S.D.N.Y. Electronic Case Filing Rules and Instructions. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all counsel are available. Unless counsel are notified that the conference has been adjourned it will be held as scheduled.

SO ORDERED:

Dated: New York, New York
April 15, 2022

_____
DENISE COTE
United States District Judge