```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 EVELYN NORMAN,                          :    22cv1024 (DLC)
                                         :
                        Plaintiff,       :        ORDER
                                         :
             -v-                         :
                                         :
 FEDEX GROUND PACKAGE SYSTEM, INC. et    :
 al.,                                    :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

As set forth at the telephonic conference held on April 21, 2022, it is hereby

ORDERED that this case will be referred to mediation to occur between **June 24 and July 29, 2022**.  The Clerk of Court will contact the parties when a mediator has been selected.

IT IS FURTHER ORDERED that the schedule of March 23, 2022 shall continue to govern the further conduct of pretrial proceedings in this case.

IT IS FURTHER ORDERED that the Joint Pretrial Order must be filed by **October 24, 2022**.  As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive

papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law should not be submitted unless in reply to an unanticipated legal argument in the other party's Memorandum of Law.

IT IS FURTHER ORDERED that the case is placed on the **November 2022** trial ready calendar.  The parties must be ready to proceed on 24 hours notice.  The parties may contact the Deputy Clerk, Jared Whertvine, to learn where your case stands on the calendar.

IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will send the following to the Court's Chambers email inbox: Cotenysdchambers@nysd.uscourts.gov.:

    (a) A complete exhibit list.

    (b) A set of pre-marked exhibits assembled sequentially in a digital folder and labeled with exhibit numbers for ready reference.

    (c) The exhibits should include copies of the sections of any depositions that are intended to be offered into evidence, expert reports, and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday.  There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 p.m. to 2 p.m.

5.  There should be no sidebars during jury trials.  Counsel are expected to anticipate any problems that might require a ruling from the Court and to raise those issues with the Court in advance of the time that the jury will be hearing the evidence.

6.  If counsel intend to distribute copies of documentary exhibits to the jury, make a digital copy available for each juror.

7.  Counsel should make certain that they have custody of all original exhibits.  The Court does not retain them and the Clerk is not responsible for them.

SO ORDERED:

Dated:   New York, New York
         April 21, 2022

_____
DENISE COTE
United States District Judge