

217 Broadway, Suite 606
New York, NY 10007

T: 212.742.2700
F: 212.742.2707

www.langsamlaw.com

Via ECF

September 8, 2022

The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street Room 1910
New York, NY  10007

Re: Evelyn Norman v. Fedex Ground Package System, Inc. a/k/a Fedex Ground, Inc.
    and "John Doe"
    1:22-cv-01024-DLC

Dear Judge Cote:

I represent the plaintiff in the above-captioned matter, and respectfully request an extension of time to file the Pretrial Order currently scheduled for October 24, 2022, since I will be out of the country from October 17 – November 1, 2022. A previous request was made to extend discovery, wherein Your Honor permitted the parties to extend fact discovery on consent and directed that the Pretrial Order be filed by October 24, 2022.  In view of the fact that I am a sole practitioner and will be out of the country during this time, I would respectfully request an extension of time to file the Pretrial Order to November 7, 2022. This short adjournment should not affect the placement of the case on the Court's trial ready calendar for November. I have informed defense counsel Crystal Alonso, Esq. of this request and she has no objection.

Very truly yours,

*Elise Hagouel Langsam*

LANGSAM LAW LLP
By: Elise Hagouel Langsam

*The pretrial order must be filed by 10/14/22.*

*Denise Cote*
*9/22/22*