```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EVELYN NORMAN,                           :
                                         :     22cv1024(DLC)
                        Plaintiff,       :
                                         :          ORDER
            -v-                          :
                                         :
FEDEX GROUND PACKAGE SYSTEM, INC., et    :
al.,                                     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A jury trial in the above-captioned action has been placed on the trial-ready calendar for the week of October 24, 2022. It is hereby

ORDERED that the final pretrial conference is scheduled for **November 3, 2022 at 2:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the trial in this action will commence on **November 14, 2022.**

Dated:   New York, New York
         September 26, 2022

                                          _____
                                                  DENISE COTE
                                          United States District Judge