```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
EVELYN NORMAN,                           :
                                         :    22cv1024(DLC)
                        Plaintiff,       :
                                         :         ORDER
            -v-                          :
                                         :
FEDEX GROUND PACKAGE SYSTEM, INC., et    :
al.,                                     :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Trial in this action is currently scheduled to commence on November 14.  The joint pretrial order is due on October 14.  On October 12, defendant FedEx Ground Package System, Inc. ("FedEx") requested a trial adjournment of at least thirty days.  FedEx also requested referral to a Magistrate Judge for settlement purposes.  Plaintiff's counsel does not consent to the requests because she will be out of the country from October 17 to November 1 and for all of January 2023.  It is hereby

ORDERED that defendant's request to adjourn the trial is denied.  The joint pretrial order is due October 14.

IT IS FURTHER ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Gorenstein by October 14 in order to pursue settlement discussions under his supervision prior to the November 14 trial date.

IT IS FURTHER ORDERED that, as provided in this Court's Individual Practices in Civil Cases, any future letters to Chambers shall not exceed two pages in length.

Dated:    New York, New York
          October 13, 2022

                                    _____
                                        DENISE COTE
                                    United States District Judge