```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
EVELYN NORMAN,                        :
                                      :
                    Plaintiff,        :   22cv1024(DLC)
                                      :
         -v-                          :      ORDER
                                      :
FEDEX GROUND PACKAGE SYSTEM, INC., et :
al.,                                  :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On October 14, 2022, the parties submitted their joint pretrial order in this action. Included in the pretrial submissions were a motion *in limine* from plaintiff seeking preclusion of video evidence and a motion *in limine* from FedEx seeking preclusion of plaintiff's treating doctors. FedEx also filed a motion, labeled a motion *in limine*, seeking dismissal of FedEx from the action on the grounds that FedEx "cannot be found negligent as a matter of law." It is hereby

ORDERED that, pursuant to this Court's Individual Practices in Civil Cases, any oppositions are due October 21.

Dated:   New York, New York
         October 18, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge