UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EVELYN NORMAN,

                Plaintiff,

-against-

FEDEX GROUND PACKAGE SYSTEM, INC. a/k/a
FEDEX GROUND, INC. and "JOHN DOE",
                Defendants.

INDEX NO.
1:22-cv-01024-DLC

~~PROPOSED~~ JUDGMENT

---

    It is hereby ORDERED, ADJUDGED AND DECREED: that the plaintiff EVELYN NORMAN recover from the defendant FEDEX GROUND PACKAGE SYSTEM INC. a/k/a FEDEX GROUND, INC. the amount of six hundred thousand dollars ($600,000.00) which includes costs and disbursements of this action, *as well as attorneys fees otherwise recoverable in this action by plaintiff*.

Dated: New York, New York
      ~~October   , 2022~~
      *November 3, 2022*

                                      **DENISE COTE**
                                  **United States District Judge**